```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      HOT SPRINGS DIVISION
```

JEROME JOHNSON                                                    PLAINTIFF

        v.           Civil No. 06-6016

DAVID WOLF, individually, and in
his official capacity as a Garland
County Deputy Sheriff; SCOTT WEST,
individually, and in his official
capacity as a Garland County Deputy
Sheriff; JAMES MARTIN, individually,
and in his official capacity as a
Garland County Deputy Sheriff; and
GARLAND COUNTY, ARKANSAS                                         DEFENDANTS

## ORDER

Now on this 6th day of February, 2007, the above referenced matter comes on for this Court's consideration during a telephone status conference call. An oral motion was made by the plaintiff for dismissal in accordance with Rule 41 of the Federal Rules of Civil Procedure. Counsel for the defendants had no objections to the oral motion for dismissal. The Court, being well and sufficiently advised, finds and orders that the plaintiff's oral motion for dismissal should be, and it hereby is **granted upon the following conditions**:

\*   the plaintiff's complaint is dismissed without prejudice upon the condition that if this matter is re-filed, the plaintiff will be responsible to the defendants for any duplicative costs and attorneys fees incurred.

    **IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE